J-A16024-16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD L. MERRITT | : | |
| | : | |
| Appellee | : | No. 1202 WDA 2015 |

Appeal from the Order Entered July 29, 2015
In the Court of Common Pleas of Cambria County
Criminal Division at No(s): CP-11-CR-0002202-2014

BEFORE:    SHOGAN, OLSON and STRASSBURGER,[*] JJ.

DISSENTING STATEMENT BY STRASSBURGER, J.:

**FILED DECEMBER 29, 2016**

I respectfully dissent. At the time of the search conducted by the police in this matter, the loaded shotgun was located underneath the couch where Appellant, a convicted felon, was sitting. In light of these circumstances, it is my view that the trial court abused its discretion in concluding that the Commonwealth did not prove by a preponderance of the evidence that Appellant constructively possessed the gun, thereby failing to establish the *corpus delicti* of the crime of possession of a firearm by a prohibited person. Thus, I would reverse the trial court's order.

---

[*] Retired Senior Judge assigned to the Superior Court.